| 16-038 | Hobson v. Hobson | Reconsideration denied | 9/22/16 | Wash. Fam. | 152/468 |
|--------|------------------|------------------------|---------|------------|---------|
| 16-281 | In re Meteorological Tower | Dismissed | 9/23/16 | PSB | 152/468 |
| 10-243 | In re C.C. | Reopen denied | 10/5/16 | Chit. Fam. | 152/468 |
| 15-315 | State v. Brakarenka | Reargument denied | 10/5/16 | Lam. Crim. | 152/469 |
| 16-115 | Bank of America, N.A. v. Oakley | Dismissed | 10/5/16 | Orange Civ. | 152/469 |
| 16-048 | State v. Ward | Affirmed | 10/7/16 | Grand Isle Crim. | 152/469 |
| 16-049 | In re Fuad Ndibalema SNF Freshstart, LLC | Affirmed | 10/7/16 | Board of Health | 152/469 |
| 16-058 | In re D.G. | Affirmed | 10/7/16 | HSB | 152/469 |
| 16-131 | Day v. DOL | Affirmed | 10/7/16 | ESB | 152/469 |
| 16-156 | Newton v. Mack | Affirmed | 10/7/16 | Chit. Civ. | 152/469 |
| 16-165 | In re J.B. | Affirmed | 10/7/16 | Orange Fam. | 152/469 |
| 16-180 | In re Earle | Reversed | 10/7/16 | Lam. Civ. | 152/469 |
| 16-188 | In re R.L. | Affirmed | 10/7/16 | Frank. Fam. | 152/469 |
| 16-209 | In re H.P. | Affirmed; reversed | 10/7/16 | Chit. Fam. | 152/469 |
| 16-351 | In re Bruyette | Dismissed | 10/19/16 | Orig. Juris. | 152/469 |
| 16-340 | State v. Williams | Denied | 10/25/16 | Orig. Juris. | 152/469 |
| 16-363 | State v. Abel | Dismissed | 10/25/16 | Orleans Crim. | 152/469 |
| 16-365 | In re S.S. | Dismissed | 10/25/16 | Frank. Fam. | 152/469 |
| 16-360 | Campbell v. State | Dismissed | 10/26/16 | Chit. Crim. | 152/469 |
| 16-366 | In re A.K. | Denied | 10/27/16 | Frank. Fam. | 152/469 |
| 16-367 | In re S.C. | Dismissed | 10/31/16 | HSB | 152/469 |
| 16-334 | State v. Woods | Dismissed | 11/1/16 | Orig. Juris. | 153/1230 |
| 16-352 | McDonald v. Office of Professional Regulation | Dismissed | 11/1/16 | Wash. Civ. | 153/1230 |
| 16-364 | Bedell v. Vermont Legislature | Dismissed | 11/1/16 | Orig. Juris. | 153/1230 |
| 16-368 | In re Bean | Dismissed | 11/1/16 | HSB | 153/1230 |
| 16-371 | Nichols v. Hofmann | Denied | 11/1/16 | Orig. Juris. | 153/1230 |
| 16-349 | U.S. Bank National Ass'n v. Johnston | Denied | 11/2/16 | Orig. Juris. | 153/1230 |
| 16-380 | In re Hayes | Dismissed | 11/3/16 | ESB | 153/1230 |
| 15-383 | Cavett v. Pallito | Affirmed | 11/4/16 | Chit. Civ. | 153/1230 |